UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DIVISION OF PENNSYLVANIA
READING DIVISION

IN RE: STEVEN P LAKERNICK       :       Bankruptcy No.16-18135-REF
                                :
                                :       Chapter 13
            Debtor              :

# FIRST AMENDED CHAPTER 13 PLAN

The Debtor submits the following Chapter 13 Plan and makes the following declarations:

I. **PROPERTIES AND FUTURE EARNINGS OR INCOME SUBJECT TO THE SUPERVISION AND CONTROL OF THE TRUSTEE:**

The Debtor submits the following to the supervision and control of the Trustee:

1. Payment period:  Monthly

    Length of Plan (in months):  60 months

    Lynn E. Feldman, Esquire: as approved by the court

    Total amount of the Plan: $61,200.00

    Monthly payment to trustee: $1,700.00 per month

2. Payor to be:  Debtor
3. Other property:  None.

II. **TREATMENT OF CLAIMS**

4. Debtor shall pay in full, in deferred cash payments, all allowed claims entitled to priority under 11 U.S.C. § 507, including: None

    Trustee to receive:  statutory allowances

    Attorney Fees in the Plan: as court approved

5. Claims set forth below are secured only by interests in real property. All regular post-petition mortgage payments shall be made outside the Plan directly to the claimants, and there are no arrears:

    A.    USAA

6. The auto payments are current and the regular payments will be made outside the Plan to USAA.

7. Allowed unsecured claims not otherwise referred to in the Plan shall be treated as follows: Allowed joint general unsecured claims that are **timely** filed shall be paid in full from Plan payments. Any non-exempt proceeds shall be paid into the Plan to creditors. Late filed claims will not be paid in the Plan.

7. The value, as of the date of the filing of the Plan, of property to be distributed under the Plan on account of each allowed unsecured claim is not less than the amount that would be paid on such claim if the estate of the Debtor were liquidated under Chapter 7 of the Bankruptcy Code on such date.

8. The Debtor will be able to make all payments and comply with all provisions of the Plan, based upon the availability to the Debtor of the income and property the Debtor proposes to use to complete this Plan.  The Debtor is reasonably assured that said income and property is, and will continue to be, available to make the payments and complete the Plan.

9. This Plan complies with the provisions of Chapter 13 and all other applicable provisions of Title 11 of the United States Code.   The Plan has been proposed in good faith and not by any means forbidden by law.

10. Other provisions:  The following creditors are in the process of being avoided and shall be null and void upon Confirmation of this Plan: None

IV. **REVESTMENT OF THE PROPERTY IN DEBTOR**

11. Property of the estate shall revest in the Debtor upon Plan Confirmation.

V. **RETENTION OF LIEN.**

12. Holders of allowed secured claims shall retain their liens until the allowed claim is paid in full by debtor.

DATED: _2/9/17_           /s/ *Lynn E. Feldman, Esquire*

LYNN E. FELDMAN, ESQUIRE