# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA (READING)

In Re:                                              Case No: 16-18135-ref

                                                    Chapter: 13

**Steven Phillip Lakernick,**

                                                    Judge:      Richard E. Fehling
    Debtor.

## APPEARANCE OF COUNSEL AND REQUEST FOR NOTICE

USAA Federal Savings Bank, a creditor and party in interest in the above styled action,

pursuant to Federal Rule of Bankruptcy Procedure 2002(g) requests that all notices required to be

mailed or served in this case be directed to:

> Lisa Cancanon
> Weinstein & Riley, P.S.
> 11101 West 120th Avenue #280
> Broomfield, CO 80021

Further, pursuant to Federal Rule of Bankruptcy Procedure 9010(b), Lisa Cancanon hereby

enters her Notice of Appearance as Counsel in this matter on behalf of USAA Federal Savings

Bank.

Dated: June 12, 2017                    /s/ Lisa Cancanon
                                        Lisa Cancanon, PA #323550
                                        Weinstein & Riley, P.S.
                                        11101 West 120th Avenue #280
                                        Broomfield, CO 80021
                                        Telephone: (303) 539-8600

1

## CERTIFICATE OF SERVICE

On June 12, 2017, I placed a true and correct copy of the attached Appearance of Counsel

and Request for Notice in the U.S. Mail, First Class Postage pre-paid, to the following parties listed

below:

Debtor:                                     Debtor's Attorney:
**Steven Phillip Lakernick**               **Lynn E. Feldman**
7585 Violet Cir                            Feldman Law Offices
Macungie, PA 18062-9354                    221 N. Cedar Crest Boulevard
                                           Allentown, PA 18104

Trustee:                                    U.S. Trustee:
**Frederick L. Reigle**                    Office of the U.S. Trustee
Chapter 13 Trustee                         833 Chestnut St. Suite 500
P.O. Box 4010                              Philadelphia, PA 19107
Reading, PA 19606


Dated: June 12, 2017


                                           /s/ Mary Gould
                                           _____
                                           Mary Gould, Assistant to Lisa Cancanon