**UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DIVISION OF PENNSYLVANIA
READING DIVISION**

IN RE: STEVEN P LAKERNICK          :          Bankruptcy No.16-18135-REF
                                   :
                                   :          Chapter 13
            Debtor                 :

## ORDER ALLOWING ATTORNEY'S FEES AND EXPENSES

Upon the First Application of attorney for the debtor and supporting exhibits, the Court finds that the attorney's charges for professional services rendered and expenses incurred are reasonable; and it is therefore ORDERED:

1. That Lynn E. Feldman be allowed:

   $ __5,250.00__ for attorney's fees
   $ ____0.00____ for expenses
   $ __5,250.00__ TOTAL for fees AND expenses
   LESS $ __1,490.00__ credit for funds already received; equals
   $ __3,760.00__ BALANCE DUE

**Date: September 12, 2017**

ENTERED: _____        _____
                                                            J.

I ASK FOR THIS:

*/s/ Lynn E. Feldman*
Lynn E. Feldman, Esquire
Attorney for Debtors
I.D.#: 35996
Feldman Law Offices
221 N. Cedar Crest Blvd.
Allentown, PA 18104
Phone (610) 530-9285
Facsimile (610) 437-7011
Email: feldmanfiling@rcn.com