## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Steven Phillip Lakernick<br>　　　　　　　　Debtor(s) | |
| | CHAPTER 13 |
| USAA FEDERAL SAVINGS BANK, its successors and/or assigns<br>　　　　　　　　Movant<br>　　vs. | |
| | NO. 16-18135 REF |
| Steven Phillip Lakernick<br>　　　　　　　　Debtor(s) | |
| | |
| Frederick L. Reigle Esq.<br>　　　　　　　　Trustee | 11 U.S.C. Section 362 |

### PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Notice of Mortgage Payment Change of USAA FEDERAL SAVINGS BANK, which was filed with the Court on or about **February 21, 2018**.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**/s/ Kevin G. McDonald, Esquire**
　　　　　　　　　　　　　　　　　　Kevin G. McDonald, Esquire
　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　412-430-3594

May 11, 2018