## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Steven Phillip Lakernick | |
| Debtor(s) | CHAPTER 13 |
| USAA FEDERAL SAVINGS BANK, its successors and/or assigns | |
| Movant | |
| vs. | NO. 16-18135 REF |
| Steven Phillip Lakernick | |
| Debtor(s) | |
| Frederick L. Reigle Esq. | |
| Trustee | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Notice of Mortgage Payment Change of USAA FEDERAL SAVINGS BANK, which was filed with the Court on or about March 23, 2018.

Respectfully submitted,

**/s/ Kevin G. McDonald, Esquire**
Kevin G. McDonald, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
412-430-3594

May 11, 2018