United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-18135-ref
Steven Phillip Lakernick                                              Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Lisa                Page 1 of 2              Date Rcvd: Apr 18, 2019
                              Form ID: pdf900           Total Noticed: 54

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2019.
```
db               Steven Phillip Lakernick,    7585 Violet Cir,    Macungie, PA  18062-9354
smg             +Bureau of Audit and Enforcement,   City of Allentown,    435 Hamilton Street,
                  Allentown, PA 18101-1603
smg              City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg             +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg             +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13826938         American Express,    PO Box 981537,    El Paso, TX  79998-1537
13869200         American Express Bank, FSB,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
13826940         Barclays Bank Delaware,    125 S West St,    Wilmington, DE  19801-5014
13826942         Chase Card,    PO Box 15298,    Wilmington, DE  19850-5298
13826943         Chase Card Services,    PO Box 15298,    Wilmington, DE  19850-5298
13826944         Citicards,    PO Box 6241,    Sioux Falls, SD  57117-6241
13826945         Citicards CBNA,    701 E 60th St N,    Sioux Falls, SD  57104-0432
13883956        ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
                 (address filed with court: Dell Financial Services, LLC,     Resurgent Capital Services,
                   PO Box 10390,    Greenville, SC 29603-0390)
13826947         Dfs/Webbank,    PO Box 81607,    Austin, TX  78708-1607
13826949         Donna Pfost,    7585 Violet Cir,    Macungie, PA  18062-9354
13826952        +PAState Employees Credit Union,    1500 Elmerton Ave,    Harrisburg, PA 17110-2990
13826953         Sharon Savings and Loan,    9 Chester Pike,    Darby, PA  19023-1504
13826962         TD Bank USA/Target Credit,    3701 Wayzata Blvd,    Minneapolis, MN  55416-3401
13826964         USAA Savings Bank,    PO Box 33009,    San Antonio, TX  78265-3009
13826963         USAA Savings Bank,    PO Box 33009 Box 33009,    San Antonio, TX  78265-3009
13826966         USAA Savings Bannk,    PO Box 47504,    San Antonio, TX  78265-7504
13826965         USAA Savings Bannk,    PO Box 619094,    Dallas, TX  75261-9094
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 19 2019 02:47:55
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 19 2019 02:48:12      U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 19 2019 02:50:49
                  PRA  Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
13826939         E-mail/Text: bk@avant.com Apr 19 2019 02:48:33      Avant,    222 N La Salle St Ste 1700,
                  Chicago, IL  60601-1101
13870963         E-mail/Text: BankruptcyNotices@aafes.com Apr 19 2019 02:47:23
                  Army & Air Force Exchange Services,    Attention GC-G,    3911 S. Walton Walker Blvd.,
                  Dallas, TX 75236
13826950         E-mail/Text: BankruptcyNotices@aafes.com Apr 19 2019 02:47:23      Military Star,
                  3911 S Walton Walker Blvd,    Dallas, TX  75236-1509
13826941         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 19 2019 02:50:47      Cabelas,
                  PO Box 82608 WFNNB,    Lincoln, NE  68501-2608
13867221        +E-mail/Text: bankruptcy@cavps.com Apr 19 2019 02:48:09      Cavalry SPV I, LLC,
                  500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13826946         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 19 2019 02:47:32      Comenity Bank/Bon Ton,
                  PO Box 182789,    Columbus, OH  43218-2789
13826948         E-mail/Text: mrdiscen@discover.com Apr 19 2019 02:47:21      Discover Financial Services,
                  PO Box 30954,    Salt Lake City, UT  84130-0954
13829371         E-mail/Text: mrdiscen@discover.com Apr 19 2019 02:47:21      Discover Bank,
                  Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
13873991         E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 19 2019 02:48:07      Jefferson Capital Systems LLC,
                  Po Box 7999,    Saint Cloud Mn 56302-9617
13883225         E-mail/PDF: resurgentbknotifications@resurgent.com Apr 19 2019 02:50:50
                  LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13901160        +E-mail/Text: bankruptcydpt@mcmcg.com Apr 19 2019 02:47:58      MIDLAND FUNDING LLC,
                  PO Box 2011,    Warren, MI 48090-2011
13826951         E-mail/PDF: cbp@onemainfinancial.com Apr 19 2019 02:51:09      Onemain,    6801 Colwell Blvd,
                  Irving, TX  75039-3198
13846467        +E-mail/PDF: cbp@onemainfinancial.com Apr 19 2019 02:51:08      Onemain Financial Group, LLC,
                  605 Munn Road,    FT Mill, SC 29715-8421
13929721         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 19 2019 02:51:15
                  Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13871352        +E-mail/Text: bankruptcynotices@psecu.com Apr 19 2019 02:48:34      PSECU,    PO BOX 67013,
                  HARRISBURG, PA 17106-7013
13891670         E-mail/Text: bnc-quantum@quantum3group.com Apr 19 2019 02:47:35
                  Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
13826954         E-mail/PDF: gecsedi@recoverycorp.com Apr 19 2019 02:50:45      Syncb/Amazon,    Box 965015,
                  Orlando, FL  32896-5015
13826956         E-mail/PDF: gecsedi@recoverycorp.com Apr 19 2019 02:50:45      Syncb/Paypal,    Box 965005,
                  Orlando, FL  32896-5005
```

```
District/off: 0313-4          User: Lisa              Page 2 of 2                   Date Rcvd: Apr 18, 2019
                              Form ID: pdf900         Total Noticed: 54

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13826957       E-mail/PDF: gecsedi@recoverycorp.com Apr 19 2019 02:51:10      Syncb/Pep Boys,    Box 965036,
                 Orlando, FL   32896-5036
13826958       E-mail/PDF: gecsedi@recoverycorp.com Apr 19 2019 02:50:45      Syncb/Sams Club,    Box 965005,
                 Orlando, FL   32896-5005
13826959       E-mail/PDF: gecsedi@recoverycorp.com Apr 19 2019 02:51:12      Syncb/Sleep Number,
                 PO Box 965036 Box 965036,    Orlando, FL   32896-5036
13826955       E-mail/PDF: gecsedi@recoverycorp.com Apr 19 2019 02:50:45      Syncb/newegg,    950 Forrer Blvd,
                 Kettering, OH   45420-1469
13826960       E-mail/PDF: gecsedi@recoverycorp.com Apr 19 2019 02:51:10      Synchrony Bank/Care Credit,
                 Box 965036,    Orlando, FL   32896-5036
13826961       E-mail/Text: tcm.bk@icba.tcmbank.com Apr 19 2019 02:48:30      TCM Bank, NA,    PO Box 31481,
                 Tampa, FL   33631-3481
13898132      +E-mail/Text: bncmail@w-legal.com Apr 19 2019 02:48:05      TD BANK USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13860721      +E-mail/Text: bncmail@w-legal.com Apr 19 2019 02:48:05      USAA Federal Savings Bank,
                 C/O Weinstein & Riley, P.S.,    2001 Western Ave. #400,    Seattle, WA 98121-3132
13894311      +E-mail/Text: bncmail@w-legal.com Apr 19 2019 02:48:05      USAA SAVINGS BANK,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13926636       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 19 2019 02:50:19
                 WORLD'S FOREMOST BANK-CABELA'S CLUB VISA,    PO BOX 82609,    LINCOLN, NE 68501-2609
                                                                                             TOTAL: 31

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13826967*     ++DELL FINANCIAL SERVICES,    P O BOX 81577,   AUSTIN TX 78708-1577
                (address filed with court: WeBBank/DFS,     1 Dell Way,   Round Rock, TX  78682-0000)
13976066*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery Associates, LLC,     PO Box 41067,
                  Norfolk, VA 23541)
                                                                                TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2019                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 18, 2019 at the address(es) listed below:
              DENISE ELIZABETH CARLON    on behalf of Creditor    USAA Federal Savings Bank
               bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              KEVIN G. MCDONALD    on behalf of Creditor    USAA FEDERAL SAVINGS BANK, its successors and/or
               assigns bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    USAA Federal Savings Bank bkgroup@kmllawgroup.com
              LISA  CANCANON    on behalf of Creditor    USAA Federal Savings Bank LisaC@w-legal.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              LYNN E. FELDMAN    on behalf of Debtor Steven Phillip Lakernick feldmanfiling@rcn.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    USAA Federal Savings Bank bkgroup@kmllawgroup.com
              ROLANDO RAMOS-CARDONA    on behalf of Trustee SCOTT  WATERMAN RRamos-Cardona@fredreiglech13.com
              SCOTT  WATERMAN    ECFmail@fredreiglech13.com, ECF_FRPA@Trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 11
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

STEVEN PHILLIP LAKERNICK

                                                                            : Bankruptcy No. 16-18135REF
          Debtor(s)                           : Chapter 13

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

      AND NOW, upon consideration of the Motion to Dismiss filed by Scott F. Waterman, standing trustee, this case is dismissed and it is further ORDERED, that counsel for debtor(s), shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

      ORDERED, that any wage orders are hereby vacated.

BY THE COURT

**Date: April 18, 2019**

_____
Richard E. Fehling, B. J.

Interested parties:

Rolando Ramos-Cardona, Esq.
Scott F. Waterman, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

LYNN E FELDMAN ESQ
FELDMAN LAW OFFICES PC
221 N CEDAR CREST BLVD
ALLENTOWN PA 18104-

STEVEN PHILLIP LAKERNICK
7585 VIOLET CIR
MACUNGIE, PA 18062-9354